UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABDULLAH Y. SALAHUDDIN,

                Petitioner,

-against-

SUSAN CONNELL,

                Respondent.
-------------------------------------------------------------X

JUDGMENT
05-CV- 4507 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 10 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on April 4, 2006, denying the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       April 10, 2006

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court